IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN KEITH ARDWIN                                                                    PLAINTIFF

v.                                        Case No. 4:23-cv-04098

CAPTAIN TRACEY SMITH                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 6, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34).  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.  Accordingly, the Court finds that Defendant's Partial Motion for Summary Judgment (ECF No. 27) should be and hereby is **GRANTED**.  Accordingly, Plaintiff's claims of retaliation and his second claim of excessive force are **DISMISSED WITHOUT PREJUDICE**.  Plaintiff's first claim of excessive force and his due process claim will remain for further litigation.  This case remains referred to Judge Bryant for further proceedings.

**IT IS SO ORDERED**, this 10th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge